**Order entered December 31, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01403-CV

### IN RE VERP INVESTMENT, LLC, Relator

**Original Proceeding from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-03874**

## ORDER

Based on the Court's opinion of this date, we **DENY** the petition for writ of mandamus.

We **VACATE** our order dated October 31, 2014 which stayed the trial court's October 27, 2014

"Order Granting Plaintiff's Motion to Compel." We **ORDER** relator to bear the costs of this

original proceeding.

/s/     MOLLY FRANCIS
           JUSTICE